# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**EXHIBIT AND WITNESS LIST**

**United States v. Leon Roberts**

**CASE NUMBER: 16-CR-60172-KAM**

| PRESIDING JUDGE<br>Hon. James I. Cohn | ASSISTANT UNITED STATES ATTORNEY<br>Francis Viamontes & Catherine Koontz | DEFENDANT'S ATTORNEY<br>Deric Zacca |
|---|---|---|
| TRIAL DATE(S)<br>6/19/2017 | COURT REPORTER<br>Karl Shires | COURTROOM DEPUTY<br>Valarie Thompkins |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | S.A. Birth Certificate (passport) |
| 2 | | | | | Crossland Hotel Records dated 5/22-5/24/2016 Leon Roberts room 229 |
| 3 | | | | | Crossland Hotel Records dated 5/22-6/15/2016 Leon Roberts room 338 |
| 4 | | | | | Crossland Hotel Records dated 5/24-5/26/2016 Leon Roberts room 232 |
| 5 | | | | | Crossland Hotel Records dated 5/26-6/10/2016 Leon Roberts room 232 |
| 6 | | | | | Crossland Hotel Records dated 6/9-6/10/2016 Leon Roberts room 334 |
| 7 | | | | | Crossland Hotel Records dated 6/19-6/23/2016 Leon Roberts room 342 |
| 8 | | | | | Crossland Hotel Records dated 6/15-6/23/2016 Leon Roberts room 336 |
| 9 | | | | | Crossland Hotel Records dated 6/10-6/23/2016 Caroline Anderson room 338 |
| 10 | | | | | Crossland Hotel Records dated 6/10-6/24/2016 Caroline Anderson room 316 |
| 11 | | | | | Crossland Hotel Records dated 6/6-6/9/2016 Shirley Anderson room 334 |
| 12 | | | | | Crossland Hotel Records dated 6/10-6/18/2016 Shirley Anderson room 342 |
| 13 | | | | | Jail call dated 6/28/2016   (1325 hours) |
| 13a | | | | | Transcript of Jail call dated 6/28/2016   (1325 hours) |
| 14 | | | | | Jail call dated 6/24/2016 (20:37:02 hours) |
| 14a | | | | | Transcript of Jail call dated 6/24/2016 (20:37:02 hours) |
| 15 | | | | | Jail call dated 6/24/2016 (2109 hours) |
| 15a | | | | | Transcript of Jail call dated 6/24/2016 (2109 hours) |
| 16 | | | | | Jail call dated 6/26/2016 (2122 hours) |
| 16a | | | | | Transcript of Jail call dated 6/26/2016 (2122 hours) |
| 17 | | | | | Jail call dated 6/24/2016   (5:21:23 hours) |
| 17a | | | | | Transcript of Jail call dated 6/24/2016   (5:21:23 hours) |
| 18 | | | | | SA Backpage AD post ID 39934561 |
| 19 | | | | | SA Backpage renewals post ID 39934561 |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| United States vs. LEON ROBERTS | | | | | CASE NO.<br>**16-CR-60172-KAM** |
|---|---|---|---|---|---|

| USA NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | | | | Consent to search form signed by S.A (LG) |
| 21 | | | | | Consent to search form signed by Leon Roberts (HTC) |
| 22 | | | | | Consent to search form signed by Caroline Anderson (Samsung) |
| 23 | | | | | Consent to search hotel room #336 by Leon Roberts |
| 24 | | | | | Photograph of Crossland hotel room #336 |
| 25 | | | | | Photograph of Crossland hotel room #336 |
| 26 | | | | | Photograph of Crossland hotel room #336 |
| 27 | | | | | Photograph of Crossland hotel room #336 |
| 28 | | | | | Photograph of Crossland hotel room #336 |
| 29 | | | | | Gmail records relating to richlee954@gmail.com |
| 30 | | | | | LG timeline (570 pages) |
| 31 | | | | | LG call log to 954-793-3838 (calls listed longest to shortest duration) |
| 32 | | | | | LG text messages and call log with 954-558-9104 (4 pages) |
| 33 | | | | | LG timeline SMS text messages and calls only (105 pages) |
| 34 | | | | | LG SMS text messages and call log between SA and Roberts (27 pages) |
| 35 | | | | | HTC timeline (87 pages) |
| 36 | | | | | HTC text messages and calls only (14 pages) |
| 37 | | | | | HTC text messages with (954) 793-0939 (3 pages) |
| 38 | | | | | HTC call log with (954) 793-0939 (2 pages) |
| 39 | | | | | Photograph of HTC cellular phone |
| 40 | | | | | Photograph of LG cellular phone |
| 41 | | | | | Photograph of Samsung cellular phone |
| 42 | | | | | Blu-ray Disk containing the forensic exams of the HTC, LG and Samsung |
| 43 | | | | | DVD containing the forensic exam of the ZTE |
| 44 | | | | | Google Business certification |
| 45 | | | | | Business certification for the jail calls |
| 46 | | | | | Photo of Backpage password login |
| 47 | | | | | Photo of Backpage login error message |
| 48 | | | | | |
| 49 | | | | | |
| 50 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Special Agent Roy Vanbrunt FBI |
| | | | | | Detective Allegra Adamson Detective Fort Lauderdale PD |
| | | | | | Officer Mario Nembhart Fort Lauderdale PD |
| | | | | | Guillermo Ortega – Records Custodian Crossland Hotel |
| | | | | | Brad Jenkins – Fort Lauderdale PD |
| | | | | | S.A (a minor) |
| | | | | | Caroline Anderson |
| | | | | | Shirley Anderson |
| | | | | | Special Agent James Hardie |
| | | | | | Issa Martin, Backpage.com |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |